1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    DONTE SUTTON,                                Case No.  1:23-cv-01633-KES-BAM (PC)

12              Plaintiff,                          ORDER REGARDING DEFENDANT'S
                                                    MOTION TO COMPEL, AND DIRECTING
13        v.                                        THE PARTIES TO MEET AND CONFER

14    ALTAMIRANO, *et al.*,                         (ECF No. 28)

15              Defendants.

16

17        Plaintiff Donte Sutton ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

18    *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

19    Plaintiff's first amended complaint against Defendant Altamirano ("Defendant") for deliberate

20    indifference to medical care for the incident on August 8, 2022, in violation of the Eighth

21    Amendment.

22        On June 4, 2025, Defendant filed a motion to compel Plaintiff to respond to Defendant's

23    propounded written discovery, including interrogatories and requests for production of

24    documents, set one.[1]  (ECF No. 28.)

25        Under this Court's discovery and scheduling order, the parties are relieved of the

26    requirement in Federal Rules of Civil Procedure 26 and 37, and Local Rule 251, to attempt to

27    _____
[1] Defendant's motion also includes a request for an order extending the deadline to file a dispositive motion.  (ECF
28    No. 28.)  This request will be addressed upon resolution of the motion to compel, and any affected deadlines will be
      continued, as necessary and applicable.

                                                       1

1  confer in good faith to resolve a discovery dispute prior to filing any motion to compel.

2  Voluntary compliance is encouraged, but not required.  The Court's order further provides that

3  the meet and confer requirement may be reimposed in any case that the Court deems it

4  appropriate.  (ECF No. 24, p. 2.)

5      Upon review of the motion to compel referenced above, the Court finds it appropriate to

6  require the parties to engage in a meet and confer conference regarding their discovery dispute.

7  Defense counsel is directed to contact Plaintiff by telephone or videoconference, or to set-up an

8  in-person meeting, regarding the parties' discovery dispute within **twenty-one (21) days** of the

9  date of this order.  Briefing on the motion to compel is stayed during the meet and confer process,

10  and the opposing party is relieved of their obligation to respond to the motion until further order

11  of the Court.

12      In conducting the meet and confer conference, the parties are reminded that they are

13  required to act in good faith during the course of discovery.  Complete, accurate, and truthful

14  discovery responses are required.  False or incomplete responses violate the Federal Rules of

15  Civil Procedure and subject an offending party and/or counsel to sanctions.  Boilerplate

16  objections will not be tolerated and will be summarily overruled.  Privileges are narrowly

17  construed and are generally disfavored.  Information not properly disclosed may be excluded

18  from use at a hearing, motion, or trial.

19      Within **seven (7) days** of the parties' conference, defense counsel shall file a Joint

20  Statement regarding the meet and confer conference.  All parties shall participate in the

21  preparation of the Joint Statement, and must sign the Joint Statement.  Electronic signatures are

22  acceptable; a wet signature is not required.

23      The Joint Statement shall set forth the following:

24      (a) a statement that the parties met and conferred in good faith regarding the dispute, by

25  phone, videoconference, or in-person, including the date(s) of the conference(s);

26      (b) a statement explaining whether the motion to compel was resolved in full or in part

27  through the meet and confer process; and

28  ///

2

1    (c) if any issues from the motion remain unresolved, a statement referring the court to

2  each specific discovery request that is still at issue.

3    Upon review of the Joint Statement, the Court shall issue a further order regarding the

4  motion to compel.  No additional filings may be made regarding the motion to compel unless and

5  until ordered by the Court.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.  Within **twenty-one (21) days** of the date of service of this order, the parties are ordered to

8       meet and confer regarding Defendant's motion to compel, (ECF No. 28), as outlined

9       above;

10   2.  Plaintiff is relieved of the obligation to respond to the motion to compel until further order

11      of the Court;

12   3.  Within **seven (7) days** of the date of the parties' conference, a Joint Statement shall be

13      filed in this matter as outlined above; and

14   4.  **The parties are warned that the failure to meet and confer in good faith as set forth**

15      **in this order, or to comply with any of its terms, will result in the imposition of**

16      **sanctions, which may include dismissal of the action**.

17

18  IT IS SO ORDERED.

19    Dated:   **June 4, 2025**                    /s/ *Barbara A. McAuliffe*       _
20                                           UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

3